UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

RECEIVED
JUN 1 1 2013
AT 8:30_____M
WILLIAM T. WALSH
CLERK

NL INDUSTRIES, INC.                              Civil No 13-3493

vs.

                                           Order of Reassignment

OLD BRIDGE TOWNSHIP

It is on this 11th day of June, 2013

O R D E R E D that the entitled action is reassigned from

JUDGE ANNE E. THOMPSON TO JUDGE MICHAEL A. SHIPP.

                                      s/ Jerome B. Simandle
                                    JEROME B. SIMANDLE, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT