# Exhibit I

# Raritan Bay Slag
**New Jersey**
EPA ID#: NJN000206276

## EPA REGION 2
### Congressional District(s): 06
Middlesex
Old Bridge and Sayreville, New Jersey

NPL LISTING HISTORY
Proposed Date: 4/9/2009
Final Date: 11/4/2009

## Site Description

The Raritan Bay Slag Site is located in the Laurence Harbor section of Old Bridge and in Sayreville, Middlesex County, New Jersey. The Site spans approximately 1.3 miles in length and consists of the waterfront area between Margaret's Creek and the area just beyond the western jetty at the Cheesequake Creek Inlet. The portion of the Site that is situated in Laurence Harbor is part of what is now called the Old Bridge Waterfront Park. The park is made up of walking paths, a playground area, several public beaches, and three jetties, not including the two jetties at the Cheesequake Creek Inlet. The park waterfront is protected by a seawall. The Laurence Harbor seawall was reported to have had metal slag from blast furnace bottoms deposited along the beachfront in the late 1960s and early 1970s. Approximately 2,500 feet of the seawall have been contaminated. The western jetty at the Cheesequake Creek Inlet and the adjoining waterfront area west of the jetty are located in Sayreville and contain slag as well. The slag was placed at the Site approximately 40 years ago. The seawall, jetties, beach area east of the Cheesequake Creek Inlet, and the western jetty at the Cheesequake Creek Inlet are popular fishing areas. The beaches east of the Cheesequake Creek Inlet and west of the seawall appear to be the most popular for swimming.

In 2006 the Margaret's Creek portion of the site was proposed for acquisition by the New Jersey Department of Environmental Protection (DEP) Green Acres Program from Old Bridge Township. Historic aerial photos revealed the filling of approximately 20 acres of the site by 1974. In response to this finding, DEP conducted a limited site investigation in December 2006 to visually characterize fill material via excavation of test pits. In March 2007, DEP collected soil samples at the Margaret's Creek portion of the site. Waste material was found in numerous locations, including large quantities of what appeared to be shredded automotive battery casings and refractory brick and slag. This sampling found elevated levels of lead along with arsenic and antimony.

In 2007 DEP conducted further soil sampling along the Laurence Harbor seawall and an adjacent bay-beach area and found similar waste material. DEP consulted with the New Jersey Department of Health and Senior Services ( NJ DHSS) Hazardous Site Health Evaluation Program, which recommended access restrictions to the seawall and a portion of the public beach as a temporary measure to prevent exposure to the lead waste. In addition, DEP worked with Old Bridge officials to notify the public in writing about health concerns for the lead waste material and restricted access by means of signage and temporary fencing.

In 2008 DEP requested that EPA evaluate the site to determine whether or not a removal action to address uncontrolled lead contamination was warranted.

Site Responsibility: The site is being addressed through federal actions.

## Threat and Contaminants

Elevated levels of lead and other heavy metals are present in the soil, sediment, slag material battery casings and associated waste and surface water. The primary contaminant of concern is lead. Sampling results have found lead at concentrations as high as 142,000 parts per million for surface soils at the seawall and ranging from 54,800 - 198,000 parts per million in soil samples collected on the western jetty at the Cheesequake Creek Inlet. Elevated levels of lead were also identified at several surface water locations on the first beach between the western end of the seawall and the first jetty in Old Bridge Waterfront Park. Soil samples collected from upland areas in the Margaret's Creek area identified lead at elevated concentrations.

There is a potential for persons to be exposed to elevated lead at the site through swimming, fishing, and other recreational purposes. In addition, lead and other metals were found to pose a risk to ecological receptors.

## Cleanup Approach

Response Action Status

Removal: At EPA's request, the NJ DHSS, in cooperation with the Agency for Toxic Substances and Disease Registry (ATSDR), evaluated the analytical data from the samples collected at the site. Their findings concluded that, due to the elevated lead levels, a Public Health Hazard exists at the seawall in Laurence Harbor, the beach between the western end of the seawall and the first jetty, and the Western Jetty at the Cheesequake Creek Inlet, including the waterfront area immediately west of the inlet. As a result of this determination, EPA conducted a removal action in early 2009 to restrict access to these areas (by installing permanent fences and posting signs) and provided public outreach to inform residents and those using these areas of the health hazard that exists.

Remedial: In September 2009 EPA entered into an Inter-agency Agreement with the U.S. Army Corp of Engineers to conduct the Remedial Investigation/Feasibility Study. Remedial Investigation (RI) field activities were conducted from September 2010 through June 2011. Activities focused on collecting sufficient data to fill gaps in the existing data. The sampling included the collection of soil, sediment, surface water, groundwater, biota, and waste materials. Analytical results indicate that significantly elevated levels of lead are present in the slag, soils, sediment, and surface water.

## Cleanup Progress

In September 2012 EPA released a Proposed Plan for the site, which identified EPA's preferred remedy and the basis for that preference, including supporting analyses and information, to the public for a thirty-day public comment period. An extension to the public comment period was requested and as a result, it was extended to November 27, 2012. On October 17, 2012, EPA held a public meeting in Old Bridge, New Jersey.

A Record of Decision (ROD) for the site was signed on May 23, 2013. The selected remedy identified in the ROD includes, among other things, excavation/dredging and off-site disposal. Slag, battery casings and associated wastes and contaminated and highly impacted soils and sediment above the cleanup level will be excavated and/or dredged and disposed of at appropriate off-site facilities. Surface water monitoring will be performed to confirm that there are no increased risks due to removal activities.

## Site Repositories

USEPA Records Center 290 Broadway, 18th floor New York, NY 10007 (212) 637-4308 Hours: M - F 9:00 am – 5:00 pm

Old Bridge Central Library 1 Old Bridge Plaza Municipal Center Old Bridge, NJ 08857 Hours: M - F 9:30 am - 9 pm Sat. 9:30 - 5 Sunday 12:30 - 5

Sayreville Library 1050 Washington Rd. Parlin, NJ 08859 (732)727-0212 Hours: M-T 9:30 - 7:45 PM Fri and Sat. 9:30 - 4:45 pm, Sun 1 - 4:45 pm



http://www.epa.gov/region2/superfund/npl/raritanbayslag/images/raritan2.jpg　　　　1/29/2014



