Lanny S. Kurzweil
Wilson D. Antoine
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Defendant,
   *Atlantic Richfield Company*

| | |
|---|---|
| NL INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OLD BRIDGE TOWNSHIP, ET AL., <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 3:13-cv-03493-MAS-TJB <br><br> **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** that the Third Count of Middlesex County's ("Middlesex") Cross-Claim, only as against Defendant Atlantic Richfield Company, be and hereby is dismissed without prejudice and without costs against any party.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that the within Stipulation and Order of Dismissal does not dismiss Middlesex's Cross-Claim against any other defendant.

| | |
|---|---|
| **HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP** <br> Attorneys for Defendant <br> Middlesex County | **McCARTER & ENGLISH, LLP** <br> Attorneys for Defendant <br> Atlantic Richfield Company |
| By:   s/Marc S. Gaffrey <br>       Marc S. Gaffrey | By:   s/Lanny S. Kurzweil <br>       Lanny S. Kurzweil |

**IT IS SO ORDERED** this 17th day of October, 2014.

                                                   /s/ Michael A. Shipp
                                       HONORABLE MICHAEL A. SHIPP, U.S.D.J.