**ARCHER & GREINER, P.C.**
CHRISTOPHER R. GIBSON, ESQ.
cgibson@archerlaw.com
One Centennial Square
Haddonfield, NJ 08033
(856)795-2121 Main
(856)673-7077 Fax
Attorneys for Plaintiff
NL Industries, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| NL INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD BRIDGE TOWNSHIP, et al., <br><br> Defendants. | Civil Case No.: 3:13-cv-03493-MAS-TJB <br><br> Electronically Filed |

**REQUEST FOR DEFAULT OF DEFENDANTS
KANE STEEL COMPANY, METALLON HOLDINGS CORP., AUWITE
CONSTRUCTION CO., INC., AND PW ESQUIRE, CORP., INC.**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

Plaintiff, NL Industries, Inc., hereby requests that the Clerk of this Court enter the default of the following Defendants named in the Sixth Amended Complaint for their failure to file an Answer or otherwise defend this matter as provided by Rule 55(a) of the Federal Rules of Civil Procedure: (1) Kane Steel Company; (2) Metallon Holdings, Inc.; (3) Auwite Construction Co., Inc.; and (4) and PW Esquire, Corp., Inc.

This request is based on the Certification of Christopher R. Gibson, Esquire submitted herewith. As indicated in the accompanying Certification: (1) Defendant Kane Steel Company was served with the Summons and Fifth Amended Complaint on December 13, 2015; (2) Defendant Metallon Holdings, Inc. was served with the Summons and Amended Complaint on June 26, 2013; (3) Defendant Auwite Construction Co., Inc. was served with the Summons and Amended Complaint on June 26, 2014; and (4) Defendant PW Esquire, Corp., Inc. was served with the Summons and Sixth Amended Complaint on July 20, 2016.

The time for Defendant Kane Steel Company, to file an Answer or otherwise defend Plaintiff's Complaint expired on January 4, 2016. The time for Defendant Metallon Holdings, Inc., to file an Answer or otherwise defend Plaintiff's Complaint expired on July 7, 2013. The time for Defendant Auwite Construction Co., Inc., to file an Answer or otherwise defend Plaintiff's Complaint expired on July 17, 2014. The time for Defendant PW Esquire, Corp., Inc., to file an Answer or otherwise defend Plaintiff's Complaint expired on August 10, 2016. To date, the above-named Defendants have not filed an Answer or otherwise defended this matter. Therefore, Plaintiff NL Industries, Inc. requests that the Clerk enter default of Defendants Kane Steel Company, Metallon Holdings, Inc., Auwite Construction Co., Inc., and PW Esquire, Corp., Inc.

Respectfully Submitted,

Archer & Greiner, P.C.
Attorneys for Plaintiff NL Industries, Inc.

Dated: August 3, 2017

*s/ Christopher R. Gibson*
CHRISTOPHER R. GIBSON

212842260v1