**ARCHER & GREINER, P.C.**
CHRISTOPHER R. GIBSON, ESQ.
cgibson@archerlaw.com
One Centennial Square
Haddonfield, NJ 08033
(856)795-2121 Main
(856)673-7077 Fax
Attorneys for Plaintiff
NL Industries, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| NL INDUSTRIES, INC., | Civil Case No.: 3:13-cv-03493-MAS-TJB |
| Plaintiff, | Electronically Filed |
| vs. | |
| OLD BRIDGE TOWNSHIP, et al., | |
| Defendants. | |

**NOTICE OF MOTION TO ENTER FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS KANE STEEL COMPANY, METALLON HOLDINGS CORP., AUWITE CONSTRUCTION CO., INC., AND PW ESQUIRE, CORP., INC.**

Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiff NL Industries, Inc., by and through its counsel, Archer & Greiner, P.C., will move before the Honorable Michael A. Shipp at the Clarkson S. Fisher Building & U.S. Courthouse located at 402 East State Street, Trenton, NJ 08608, on December 4, 2017, at 9 a.m. or as soon thereafter as counsel may be heard, for an Order entering Final Judgment by Default against Defendants Kane Steel Company, Metallon Holdings, Inc., Auwite Construction Co., Inc., and PW Esquire, Corp., Inc.

Plaintiff NL Industries, Inc. shall rely upon its Brief and the Certification of Christopher R. Gibson in support of its motion for the entry of final judgment by default against Defendants Kane Steel Company, Metallon Holdings, Inc., Auwite Construction Co., Inc., and PW Esquire, Corp., Inc.

               ARCHER & GREINER
               A Professional Corporation
               Attorneys for Plaintiff, NL Industries, Inc.


               BY: s/ *Christopher R. Gibson*
                 CHRISTOPHER R. GIBSON


Dated: November 2, 2017


212846400v1