**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| NL INDUSTRIES, INC., | Civil Case No.: 3:13-cv-03493-MAS-TJB |
| Plaintiff, | Electronically Filed |
| vs. | |
| OLD BRIDGE TOWNSHIP, et al., | |
| Defendants. | |

**ORDER OF ENTRY OF FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS KANE STEEL COMPANY, METALLON HOLDINGS CORP., AUWITE CONSTRUCTION CO., INC., AND PW ESQUIRE, CORP., INC.**

_____

**THIS MATTER** being opened to the Court by Archer & Greiner, P.C., attorneys for Plaintiff NL Industries, Inc. ("NL"), seeking an Order of Final Judgment By Default against Defendants Kane Steel Company, Metallon Holdings, Corp., Auwite Construction Co., Inc., and PW Esquire, Corp., Inc. (collectively, the "Defaulting Defendants"), and the Court having considered the submissions of the parties and having heard the arguments of counsel, if any; and good cause having been shown;

**IT IS HEREBY ORDERED** that Plaintiff NL Industries, Inc.'s Motion for Entry of Final Judgement By Default is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that the Defaulting Defendants are each jointly and severally liable for all of NL's past and future costs in responding to environmental contamination at the Raritan Bay Slag Site.

Dated: _____   _____

HON. MICHAEL A. SHIPP, U.S.D.J.